AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:10-cv-13582-GER -MJH
Hon. Gerald E Rosen

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Sheervision Inc.

Date of Service: 9-15-10

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

IN THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **GENERAL SCIENTIFIC CORPORATION**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SHEERVISION INC; ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**2:10-CV-13582**<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of September, 2010**, at **11:40 AM**, at the address of **4030 PALOS VERDES Drive N STE. 104, ROLLING HILLS ESTATE**, Los Angeles County, **CA 90274**; this affiant served the above described documents upon **SHEERVISION, INC.**,, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **SUSAN LEWSADDER, REGISTERED AGENT AUTHORIZED TO ACCEPT, A white female approx. 45-55 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **16th day of September, 2010**.

_____
Guillermo Verjan, Reg. # 4169, Los Angeles, CA

SUBSCRIBED AND SWORN to before me this **16th day of September, 2010**

_____
NOTARY PUBLIC in and for the State of **California**
Residing at: _Los Angeles_
My Commission Expires: _5/8/13_


MICHAEL LINN BUTLER
COMM. #1848112
Notary Public - California
Los Angeles County
Comm Expires May 8, 2013

FOR: Shannon Jennings
REF: **GSC-07370/03**

ORIGINAL PROOF OF SERVICE

Tracking #: 8252037 SEA